# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Case Number:  SA:19-CR-00370(28)-XR |
| | § | |
| (28) Eliazar Cantu | § | |
| *Defendant* | | |

# ORDER **RESETTING** REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for 02:30 PM, in Courtroom A, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Thursday, May 02, 2024.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **18th day of April, 2024.**

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**