UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | No. 5:19-CR-00370-XR-28 |
| Maria Cantu (29),<br>*Defendant*. | § § § | |

**ORDER MODIFYING BOND CONDITIONS**

Before the Court is the status of Defendant's bond conditions.

For the reasons discussed at the hearing held on April 18, 2024, Defendant is no longer required to remain employed or actively seek employment as a condition of pretrial release, and the conditions governing pretrial release are accordingly **MODIFIED** as follows:

- Condition 7(f), if previously imposed, shall be removed such that Defendant is no longer required to remain employed or actively seek employment as a condition of pretrial release.

Defendant shall continue to abide by all other governing conditions of release previously imposed. *See* Dkt. Nos. 314, 343, 547, 742.

**IT IS SO ORDERED**.

SIGNED on April 19, 2024.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE