**FILED**

JUN 17 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF INDICTMENT** |
| | § | |
| v. | § | |
| | § | CASE NUMBER: 5:19-CR-00370-XR-28 |
| | § | |
| ELIAZAR CANTU (28) | § | |

I, ELIAZAR CANTU, the above-named defendant, who is accused of violation of Title 18, United States Code, Section 4, Misprision of a Felony (Count 1), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court, prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

Date: 6/17/24

_____
ELIAZAR CANTU
Defendant

_____
DANIEL DE LA GARZA
Attorney for Defendant

Before: _____
U.S. MAGISTRATE JUDGE

FILED

JUN 17 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______________
DEPUTY CLERK